UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SILVANTO ZARAGOZA-AMBRIZ,
    Petitioner,

v.                                                  Case No. 3:25cv93/LC/MAL

UNITED STATES OF AMERICA,
    Respondent.
_____/

## **ORDER**

On February 11, 2025, the magistrate judge issued a Report and Recommendation recommending that the petition for writ of habeas corpus be dismissed. (ECF No. 4). Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (ECF No. 2) is **DISMISSED**.

Page 2 of 2

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 20th day of March, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**